IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ZHIHUA JIANG,

    Plaintiff,

v.                                        CASE NO. 1:09CV16-SPM/AK

MICHAEL AYTES, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

By prior order, Plaintiff was directed to show cause why the undersigned should not recommend to the District Judge that this action be dismissed for failure to obey an order of the Court and to prosecute this action after he failed to supply the Court with copies of his complaint so that service could go forward.  Docs. 4 &5.  Plaintiff has not contacted the Court in any manner, and the Court's order was not returned as undeliverable.  This Court therefore has no hesitation in recommending that this cause be dismissed pursuant to Fed. R. Civ. P. 41(b).

In light of the foregoing, it is respectfully **RECOMMENDED** that this cause be **DISMISSED** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

**IN CHAMBERS** at Gainesville, Florida, this  *7th*  day of May, 2009.

                                          *S/ A. KORNBLUM*
                                          **ALLAN KORNBLUM**
                                          **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**