IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ZHIHUA JIANG,

      Plaintiff,

vs.                                                                  Case No.: 1:09CV16-SPM/AK

MICHAEL AYTES, et al.,

      Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes for consideration upon the Magistrate Judge's Report and Recommendation.  (doc. 6)  The parties have been furnished a copy and have been afforded an opportunity to file objections.  To date, no objections have been filed.  On March 3, 2009, the Magistrate Judge issued an order instructing Plaintiff to provide the court with complaints so that Defendants could be properly served (doc. 4).  In that order, Plaintiff was warned that failure to submit the copies would result in a recommendation of dismissal of this action.  To date, Plaintiff has not submitted the complaints.  As a result, the Magistrate Judge has recommended that Plaintiff's case be dismissed without prejudice.

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 6) is **adopted** and incorporated by reference in this order.

2. This case is **dismissed without prejudice** for Plaintiff's failure to comply with a court order and failure to prosecute this case.

DONE AND ORDERED this eighth day of June, 2009.


    *s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge